IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDY WAYNE FRICKE,

    Plaintiff,                                                        ORDER

v.

                                                                  Case No.   14-cv-846-wmc

ENHANCED RECOVERY COMPANY,

    Defendant.

       Plaintiff Randy Wayne Fricke has requested leave to proceed without prepaying the filing fee in this civil action for monetary relief.  From the affidavit of indigency accompanying plaintiff's proposed complaint, the court cannot determine whether plaintiff qualifies for indigent status.  In plaintiff's affidavit, plaintiff indicates that he is unemployed and that he is not married.  However, the income section of the affidavit is not filled in and plaintiff does not include information as to how he is able to pay for his basic living expenses such as clothing and shelter.  If plaintiff receives income from any source, he must include it on the income section of the form.  If plaintiff received no income, then he should explain how he meets his basic living needs.  Without such information, I am unable to conclude that plaintiff qualifies for indigent status.  Therefore, I will provide plaintiff with the opportunity to supplement his request for leave to proceed without prepaying the filing fee by completing the enclosed affidavit of indigency.  In completing the affidavit, he should take care to show how he pays for his basic necessities and make sure the affidavit contains his actual gross monthly income from all sources for the last twelve months.

ORDER

IT IS ORDERED that plaintiff Randy Wayne Fricke may have until January 5, 2015, in which to amend his affidavit of indigency and return it to the court. Plaintiff should take particular care to show where he receives the means to pay for his basic necessities, such as clothing and shelter. If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny his request for leave to proceed without prepayment of the filing fee for failure to show that he is indigent.

Entered this 15th day of December, 2014.

BY THE COURT:

/s/
PETER A. OPPENEER
Magistrate Judge